JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMIR ABRAMOV, GUY ABRAMOV,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:20-cv-09559-MWF-RAO<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A<br><br>**ORDER GRANTING JOINT STIPULATION CAPPING PLAINTIFFS' RECOVERABLE DAMAGES AND REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT** |

Based on the stipulation of Plaintiffs Amir Abramov and Guy Abramov and Defendant Government Employees Insurance Company, and the representations contained therein, this case is hereby remanded back to Los Angeles County Superior Court.

Dated: November 19, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-

SMRH:4850-5002-8753.1

Case No. 2:20-cv-09559-MWF-RAO
ORDER GRANTING JOINT STIP CAPPING PLAINTIFFS' RECOVERABLE DAMAGES AND REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT